UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT



| | | |
|---|---|---|
| ROBERT P. RAYMOND | : | |
| v. | : | CASE NO. 3:06CV1362 (VLB) |
| BOEHRINGER INGELHEIM PHARMACEUTICALS, INC. | : | |

### JUDGMENT

This action came to trial before the Honorable Vanessa L. Bryant, United States District Judge. The issues having been tried and the Court having filed its Findings of Fact and Conclusions of Law on August 27, 2009, in favor of the plaintiff,

It is hereby ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the Plaintiff, Robert P. Raymond against the Defendant, Boehringer Ingelheim Pharmaceuticals, Inc..

Dated at Hartford, Connecticut, this 28th day of August, 2009.

ROBERTA D. TABORA, CLERK

By: _____
Robert K. Wood
Deputy Clerk

EOD_____